UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Monica Abboud, et al., §
    *Plaintiff* §
§
§
    v. § Case No. 3:19-cv-00120-K
§
§
Agentra, LLC §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Woodrow & Peluso, LLC   , with offices at

3900 E. Mexico Ave., Suite 300
(Street Address)

| Denver | Colorado | 80210 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 720-907-7628 | 303-927-0809 |
|---|---|
| (Telephone No.) | (Fax No.) |

II.     Applicant will sign all filings with the name  Taylor T. Smith .

III.     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiff Monica Abboud, et al.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Colorado_____, where Applicant regularly practices law.

Bar license number: 51162     Admission date: October 30, 2017

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US District Court - D. Colo. | November 20, 2017 | Active |
| US District Court - E.D. Mich. | November 28, 2017 | Active |
| US District Court - N.D. Ill. | February 22, 2018 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X.      Local counsel of record associated with Applicant in this matter is

Robert B. Kleinman                                                                          , who has offices at

404 West 7th Street
(Street Address)

Austin                                          Texas               78701
(City)                                          (State)             (Zip Code)

512-299-5329                                    512-628-3390
(Telephone No.)                                 (Facsimile No.)

XI.     Check the appropriate box below.

For Application in a **Civil Case**

[✓]     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]     Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  17th  day of January                      ,  2019     .

Taylor T. Smith
Printed Name of Applicant

*[signature]*
Signature



## State of Colorado

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_Taylor True Smith_

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __30th__ day of __October__ A. D. __2017__ and that at the date hereof the said __Taylor True Smith__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __17th__ day of __January__ A. D. __2019__

_Cheryl Stevens_
Clerk

By _/s/ Arielle M. Reid_
Deputy Clerk