IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-CV-0120-K |
| AGENTRA, LLC, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed Without Local Counsel (the "Motion") (Doc. No. 6). After consideration, the Court **DENIES** the Motion. If Plaintiff wishes to proceed in this case, then it must obtain local counsel pursuant to Local Rule 83.10(a) within fourteen (14) days of the date of this Order.

**SO ORDERED.**

Signed January 17th, 2019.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE