IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Monica Abboud,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 3:19-cv-00120-K** |
| **Agentra LLC** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

I, Brooke F Cohen, located at 4334 University Blvd., Dallas, Texas 75205, hereby make his formal entry of appearance in the above-styled and numbered cause as

additional counsel for Plaintiff Monica Abboud.

Respectfully submitted,

/s/ Brooke F. Cohen
**Brooke F. Cohen**
State Bar No. 24007019
brookefcohen@gmail.com

4334 University Boulevard
Dallas, TX  75205
(214)384-0537
**ATTONEY FOR. PLAINTIFF MONICA ABBOUD**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on counsel for all parties via the Court's ECF system on this the 22nd day of January, 2019.

/s/ Brooke F. Cohen
**Brooke F. Cohen**