Civil Action No. 3:19-cv-00120-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AGENTRA, LLC</u> was received by me on *(date)* <u>Jan 17, 2019, 8:20 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>JUDGE A. PLATT</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>AGENTRA, LLC</u> on *(date)* <u>Mon, Jan 21 2019</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 01/22/2019

*Server's signature*

Kathleen Miller - Process Server - PSC-1898 Exp. 3/31/20

*Printed name and title*

1910 Pacific Avenue, Suite 16700, Dallas, TX 75201

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jan 21, 2019, 11:45 pm at 1201 N. RIVERFRONT BLVD., SUITE 150, DALLAS, TX 75207 received by AGENTRA, LLC., BY DELIVERING TO ITS REGISTERED AGENT, JUDGE A. PLATT.