# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Monica Abboud, et al.,
Plaintiff

v.

3:19-cv-00120-K
Civil Action No.

Agentra LLC,
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Monica Abboud

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
Woodrow & Peluso, LLC, Common Sense Counsel, LLP, and Brooke F. Cohen.

| | |
|---|---|
| Date: | 3/4/2019 |
| Signature: | /s/ Patrick H. Peluso |
| Print Name: | Patrick H. Peluso |
| Bar Number: | 47642 (Colorado) |
| Address: | 3900 E. Mexico Ave., Suite 300 |
| City, State, Zip: | Denver, Colorado 80210 |
| Telephone: | 720-213-0676 |
| Fax: | 303-927-0809 |
| E-Mail: | ppeluso@woodrowpeluso.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons