IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MONICA ABBOUD,** individually and on behalf of all others similarly situated, | § § § § § § § § § § § | |
| *Plaintiff,* | | Case No. 3:19-cv-120-X |
| v. | | |
| **AGENTRA, LLC,** | | |
| *Defendant.* | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Laura E. Brandt with the law firm of Platt Cheema Richmond PLLC hereby enters her appearance as additional counsel for Defendant Agentra, LLC, in the above-captioned action. Ms. Brandt respectfully requests that all pleadings, discovery, orders, notices, correspondence, and other material be served upon counsel at the address referenced below:

> LAURA E. BRANDT
> Texas State Bar No. 24082369
> lbrandt@pcrfirm.com
> **PLATT CHEEMA RICHMOND PLLC**
> 1201 N. Riverfront Blvd., Suite 150
> Dallas, Texas 75207
> 214.559.2700 Main
> 214.559.4390 Fax

Dated: October 18, 2019 Respectfully submitted,

*/s/ Laura E. Brandt*
WILLIAM S. RICHMOND
Texas Bar. No 24066800
LAURA E. BRANDT
Texas Bar. No 24082369
**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75307
Telephone: (214) 559-2700
Facsimile: (214) 559-4390
brichmond@pcrfirm.com
lbrandt@pcrfirm.com

**COUNSEL FOR DEFENDANT AGENTRA, LLC**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Agentra, LLC does hereby certify that this pleading was served on counsel of record on October 18, 2019 by electronic filing.

*/s/ Laura E. Brandt*
LAURA E. BRANDT