IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiff*, | § § | Case No. 3:19-cv-120 |
| v. | § § | |
| AGENTRA, LLC, | § § § | |
| *Defendant.* | § | |

### JOINT MOTION TO EXTEND
### DISCOVERY AND CLASS CERTIFICATION DEADLINES

Plaintiff Monica Abboud ("Plaintiff") and Defendant Agentra, LLC ("Defendant") file this Joint Motion to Extend the Discovery and Class Certification deadlines contained in the Court's April 12, 2019 Class Certification Scheduling Order [Dkt. 25] as amended [Dkt. 30] and would respectfully show as follows:

The Court's Class Certification Scheduling Order sets the Parties' discovery deadline as January 13, 2020 and Plaintiff's deadline to file her Motion for Class Certification on January 30, 2020. The Parties request that the Court extend the discovery deadline to **February 14, 2020**, and Plaintiff's deadline to file her Motion for Class Certification to **March 2, 2020**. This extension allows the Parties to maximize the chance of a productive mediation by providing the opportunity to defer costs relating to fact discovery and class certification briefing until after mediation.

This request is not sought for delay but so that justice may be done.

### PRAYER FOR RELIEF

For the reasons set forth above, the Parties request that this Court grant this Joint Motion to Extend Discovery and Class Certification Deadlines and extend the discovery deadline to

February 14, 2020 and Plaintiff's deadline to file her Motion for Class Certification to March 2, 2020.

Dated: January 7, 2020

Respectfully submitted,

*/s/ William S. Richmond*
WILLIAM S. RICHMOND
Texas Bar. No. 24066800
ANDREW LIN
Texas Bar. No. 24092702
LAURA E. BRANDT
Texas Bar. No. 24082369
**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75307
Telephone: (214) 559-2700
Facsimile: (214) 559-4390
brichmond@pcrfirm.com
alin@pcrfirm.com
lbrandt@pcrfirm.com

**COUNSEL FOR DEFENDANT AGENTRA, LLC**

*/s/ Patrick Peluso*
Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
**Admitted Pro Hac*

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Agentra, LLC does hereby certify that this pleading was served on counsel of record on January 7, 2020 by electronic filing.

*/s/ William S. Richmond*
WILLIAM RICHMOND
