# EXHIBIT A

Page 1

1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
2

3    MONICA ABBOUD, individually   )
     and on behalf of all others   )
4    similarly situated,           )
                                   )
5              Plaintiff,          )
                                   )
6    v.                            )   Case No. 3:19-cv-00120-K
                                   )
7    AGENTRA, LLC, a Texas         )
     limited liability company,    )
8                                  )    **CERTIFIED**
               Defendant.          )    **TRANSCRIPT**
9

10        *******************************************
                      ORAL DEPOSITION OF
11                       CINDY DALE
                     FEBRUARY 5, 2020
12                        VOLUME 1
          *******************************************
13

14        ORAL DEPOSITION of CINDY DALE, produced as a

15   witness at the instance of the Plaintiff, and duly

16   sworn, was taken in the above-styled and -numbered cause

17   on the 5th day of February 2020, from 9:57 a.m. to 12:08

18   p.m., before TAMMY DICKSON CROSS, a Certified Shorthand

19   Reporter in and for the State of Texas, reported by

20   machine shorthand, at the law offices of Platt, Cheema +

21   Richmond, PLLC, 1201 North Riverfront Boulevard, Suite

22   150, Dallas, Texas  75207, pursuant to the Federal Rules

23   of Civil Procedure and the provisions stated on the

24   record or attached hereto.

25



Page 2

```
 1                   A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:
          Mr. Patrick H. Peluso
 4        WOODROW & PELUSO, LLC
          3900 East Mexico Avenue, Suite 300
 5        Denver, Colorado  80210
          Telephone:  (720) 213-0675
 6        E-mail:  ppeluso@woodrowpeluso.com

 7

 8   FOR THE DEFENDANT:
          Mr. Andrew Lin
 9        PLATT CHEEMA + RICHMOND, PLLC
          1201 North Riverfront Boulevard, Suite 150
10        Dallas, Texas  75207
          Telephone:  (214) 559-2700
11        E-mail:  alin@pcrfirm.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 3

```
 1   I N D E X

 2   Appearances                                          2

 3   CINDY DALE

 4        Examination by Mr. Peluso                       4
          Examination by Mr. Lin                         87
 5

 6   Changes and Signature                               94
     Reporter's Certificate                              96
 7

 8                       EXHIBITS MARKED

 9   NO.             DESCRIPTION                        PAGE

10   Exhibit 1       Plaintiff's Notice of Rule 30(b)(6)
                     Deposition to Defendant Agentra,
11                   LLC                                  9

12   Exhibit 2       Defendant's Responses to
                     Plaintiff's Requests for
13                   Admission                           32

14   Exhibit 3       Text Message, Thu. Oct 18,
                     1:30 P.M., (214) 238-9664           54
15
     Exhibit 4       Agentra Enrollment Information,
16                   Re:  Monica G. Abboud               57

17   Exhibit 5       Defendant's Responses to
                     Plaintiff's Requests for
18                   Production                          61

19   Exhibit 6       Agentra Healthcare Internal
                     Records, Re:  Monica G. Abboud      65
20
     Exhibit 7       Defendant's Responses to
21                   Plaintiff's First Set of
                     Interrogatories                     80

22

23

24

25
```



Page 4

```
 1                      P R O C E E D I N G S
 2                        CINDY DALE,
 3   having been first duly sworn, testified as follows:
 4                        EXAMINATION
 5   BY MR. PELUSO:
 6        Q    Good morning.  Can you please state your --
 7   state and spell your full name?
 8        A    Cindy, C-I-N-D-Y, Dale, D-A-L-E.
 9        Q    Okay.  Have you ever been deposed before?
10        A    Yes, about 25, 30 years ago.
11        Q    Okay.  Well -- well, as a refresher, go over
12   some ground rules.
13        A    Sure.
14        Q    So we have a court reporter here.  She's going
15   to record everything that we say on the record.
16        A    Okay.
17        Q    So it's important that we don't talk over each
18   other, so please wait until I finish asking my question
19   before answer -- answering and I'll extend the same
20   courtesy to you.
21        A    Sure.
22        Q    You also must answer audibly so that the court
23   reporter can record the answer, no nodding yes or
24   shaking your head no.  And if you have any questions
25   about my questions, please ask me; otherwise, I'll
```



Page 5

```
 1   assume that you understood the question when you
 2   answered it.  Are you aware that you're under oath today
 3   and must tell the truth?
 4        A    Yes.
 5        Q    Are you on any medications that would prevent
 6   you from answering truthfully?
 7        A    No.
 8        Q    Okay.  First, I just want to learn a little
 9   bit about you.  Where were you born?
10        A    Tulsa, Oklahoma.
11        Q    Tulsa?
12        A    Uh-huh.
13        Q    How long did you live in Tulsa?
14        A    For 31 years.
15        Q    Okay.  When did you -- well, did you move to
16   the Dallas area after Tulsa?
17        A    No.  I actually moved to Los Angeles.
18        Q    So you moved from Tulsa to Los Angeles and
19   then -- and then to Dallas?
20        A    Uh-huh.
21        Q    How long have you lived in Dallas?
22        A    20 years.
23        Q    Okay.  Where did you -- where did you go to
24   high school?
25        A    East Central --
```



Page 54

 1  that -- to what the request is asking.
 2      **Q    And other than speaking with your attorneys,**
 3  **there was no investigation?**
 4              MR. LIN:  And objection, privilege.
 5  Don't disclose anything done at the request of your
 6  attorneys as well.
 7              MR. PELUSO:  Of course.
 8      A    Nothing else done.
 9      **Q    Okay.  And, finally, Request to Admit No. 11**
10  **says, admit that the calls and text message calls that**
11  **plaintiff received were made on your behalf or for your**
12  **benefit.  Response, defendant denies this request.**
13              MR. LIN:  Objection; outside the scope of
14  the 30(b)(6) deposition.
15      **Q    Any investigations -- did Agentra conduct any**
16  **investigations other than those directed by its**
17  **attorneys?**
18      A    No.
19      **Q    Okay.  All right.**
20              MR. PELUSO:  We're going to label this
21  Exhibit 3.
22              (Exhibit 3 marked.)
23      **Q    Here you go.  Have you seen this document**
24  **before?**
25      A    Yes.



1  **Q What is it?**

2  A This is a text message that would have come

3 from the CRM after an independent agent enrolls a

4 consumer into our CRM.  The CRM sends a text message to

5 the individual with an agreement -- enrollment agreement

6 for them to, if they agree, sign -- digitally sign.

7  **Q When you say "the CRM," we're referring again**

8 **to that on-line software that houses information about**

9 **enrollees and agents?**

10  A Correct.

11  **Q So once an agent loads information into the**

12 **CRM about a person who is in the process of enrolling --**

13  A Yes.

14  **Q -- the system sends out text messages like**

15 **this?**

16  A Yes.  The agent, as part of the enrollment

17 process, advises the consumer that they will receive a

18 text message or e-mail from Agentra with an enrollment

19 confirmation to -- to complete the enrollment to sign

20 the agree- -- digitally sign the agreement.

21  **Q Understood.  And that is sent by Agentra's CRM**

22 **software?**

23  A Correct.

24  **Q Okay.  How are the text messages sent?  Does**

25 **someone have to manually type in the texts or is it an**



1    automatic thing that goes out from the CRM as soon as

2    someone's enrolled?

3         A    Once -- once the agent completes the

4    enrollment, it automatically goes out.

5         Q    What is the process of completing the

6    enrollment?

7         A    The consumer gives the agent their demographic

8    information, depending on what product, they'd get

9    additional information, dates of birth, product

10   enrolled, and payment information.

11        Q    And then the agent will load all that into the

12   CRM and then what is there, like a submit button?

13        A    Yes.

14        Q    And then once the submit button's clicked, the

15   text goes out?

16        A    Correct.

17        Q    Okay.  And you said that Agentra informs its

18   agents that the agents must inform the consumers that

19   these text messages are going to be sent?

20        A    Yes.

21        Q    Okay.  Does Agentra do anything to ensure that

22   agents actually are notifying consumers that the text

23   messages will be sent?

24        A    It's part of the enrollment process.

25        Q    Walk me through that.  What do you mean it's



Page 57

1    part of the enrollment process?

2         A    Just as I said, they do -- complete the

3    enrollment, advise -- in the system, advise the consumer

4    they will receive a text message or an -- an e-mail.

5         Q    I see.  So as the agent is typing in the

6    information, there's -- there's a reminder that pops

7    up?

8         A    Yes.

9         Q    Okay.  Okay.  So this text message would have

10   been sent through Agentra's CRM system?

11        A    Yes.

12        Q    Once the agent clicks submit, this would have

13   gone out?

14        A    Yes.

15        Q    Okay.

16             MR. PELUSO:  All right.  We are going to

17   label this -- what are we up to?  4?

18             THE REPORTER:  Yes.

19             MR. PELUSO:  -- Exhibit 4.

20             (Exhibit 4 marked.)

21        Q    Here you go.  All right.  Have you seen this

22   document before?

23        A    Yes.

24        Q    What is it?

25        A    This is the enrollment confirmation.



Page 58

1      Q      What is an enrollment confirmation?

2      A      This is the document that is sent out via text

3  message or e-mail.

4      Q      **Right.**

5      A      And that the consumer receives, read through

6  the agreement, if they agree with it, they

7  electronically sign the agreement.

8      Q      **Understood.  To be clear for the record, this**

9  **is the document that -- that pulls up if you type in the**

10  **URL from Exhibit 3 into a web browser?**

11      A      Correct.

12      Q      **You see on the bottom, it says**

13  **https://www.1enrollment.com.**

14      A      Yeah.

15      Q      **What is 1enrollment.com?**

16      A      That's the enrollment system.

17      Q      **Okay.  Is that different than the CRM?**

18      A      No.  That is the CRM.

19      Q      **It's just called 1 Enrollment?**

20      A      It -- for the enrollment part of the system,

21  yes.

22      Q      **Okay.  But it's all the same CRM?**

23      A      Yes.

24      Q      **Okay.  See on Page 1 here it says Data**

25  **Partnership Group, LP?**



Page 69

1      Q      -- time?

2             Okay.  You see the entry, the fourth one

3   down, it says, December 26, 2018 at 11:45 a.m., a user

4   named BMouse, the note says, mass update initiated by

5   BMouse, delete effective date.  Do you know what that

6   means?

7      A      It -- he deleted the effective date.

8      Q      So the effective date being what?

9      A      The date that the products would have become

10  active.

11     Q      Okay.  And why would it be deleted?

12     A      There was no -- the -- Ms. Abboud never signed

13  the document --

14     Q      Got it.

15     A      -- so it was not complete.

16     Q      Understood.  Okay.  Just real quick, on the

17  next page, Page 3, what is this that I'm looking at?

18     A      Where?

19     Q      I'm sorry.  On the bottom right where it says

20  Agentra 00003.

21     A      Oh, okay.  Yes.

22     Q      What is this?

23     A      This is -- it's just the way this printed out.

24  So is this the same -- no, this is a different

25  enrollment, so it's just -- it's a different enrollment.



1    Q    Okay.  So that's why -- you know, the first

2  one we were looking at said November 7, 2018, this one

3  said January 22nd.

4    A    Uh-huh.

5    Q    Okay.  The agent on -- on this, Agentra 0003,

6  under the Set Up portion, it says, created January 22nd,

7  2019, 11:24 a.m.  The agent says 322087, Health Care

8  Enrollment Center.

9    A    Yes.

10    Q    The first, Agentra 00001, the entry created

11  November 7th, 2018 at 5:09 p.m., the agent is 310062, it

12  says, I Life and Health Insurance Comp- -- Services.

13    A    Yes.

14    Q    Is that a different agent than Health Care

15  Enrollment Center?

16    A    Yes.

17    Q    Okay.  If you'd please turn to Agentra 000005.

18  Do you see towards the top where it says Interactions?

19    A    Yes.

20    Q    So this says that on Monday, February 4th,

21  2019, there was some sort of cancellation interaction.

22    A    Yes.

23    Q    Is that because Abboud called and canceled?

24    A    Yes.

25    Q    The description there says, member called



```
 1   because she received cards, but did not agree to plan.
 2               MR. LIN:  Objection.
 3        Q     Not --
 4               MR. LIN:  Doesn't say did not.
 5               MR. PELUSO:  Oh, you're right.  Sorry.
 6        Q     It -- it says, member called because she
 7   received cards, but did agree to plan.  That's
 8   unintelligible to me.  Do you have an understanding of
 9   why Abboud canceled, what reason was given?
10        A     Yes.
11        Q     What was that reason?
12        A     The -- if you look at the notes, it said,
13   reviewed docs, no verification call or esig, member
14   upset and requested to cancel.  She did not sign the
15   agreement, so it should never have gone active.  Her
16   credit card was charged and it should not have.  That
17   was an error.
18        Q     Understood.  So for one reason or -- or
19   another, even though she didn't sign, it enrolled her
20   anyway?
21        A     The date was not deleted, as you saw on that
22   previous, where they went in and deleted that effective
23   date, because the -- the document was not returned,
24   the -- the signed enrollment agreement.
25        Q     Okay.
```



1    A    That should have -- process should have been

2  done on this and that was a human error.  It was not --

3  not done.

4    **Q    Understood.  Okay.  All right.  I'd like to**

5  **direct your attention to Agentra 000008.  Have you seen**

6  **this document before?**

7    A    Yes.

8    **Q    Can you tell me what it is?**

9    A    This was an e-mail that went out to agents

10  back on March 19th.

11    **Q    I see it was sent on March 19th.  Do you know**

12  **when it was drafted?**

13    A    I do not recall.

14    **Q    Do you know who drafted it?**

15    A    I would have been the one to -- to draft it.

16    **Q    Okay.  Are there any other versions of this?**

17    A    This particular e-mail?  No.  That would be

18  the version.

19    **Q    Okay.  It says, from agent support at**

20  **agentra.com to Kristen Oakley.  Who is Kristen Oakley?**

21    A    She works in agent support.

22    **Q    Okay.  It says, important announcement, TCPA.**

23  **Dear Valued Agent, Agentra is consistently striving to**

24  **remain compliant with all state regulations, federal**

25  **laws, including but not limited to the Telephone**



1    Consumer Protection Act, and professional insurance sale

2    practices.  Because of the serious nature, we want to

3    make sure that you understand that no violation of these

4    rules and regulations will be tolerated.  Upon

5    notification to Agentra of any allegation of an agent

6    engaging in any prohibited act, that agent's enrollment

7    portal will be turned off.  The agent will be unable to

8    enroll any future members until the matter has been

9    resolved and proof has been provided that they are not

10   in violation of any FTC laws.  I'll stop right there.

11              Do you know how many agents have had

12   their enrollment portals turned off?

13        A     Probably 10.

14        Q     10?

15        A     Uh-huh.

16        Q     And of the 10, do you know how many have been

17   able to get the portal turned back on?

18        A     That actually enrolled again, I -- maybe two

19   or three.

20        Q     Okay.  And when you -- when you tell the

21   agents here that until the matter has resolved and proof

22   has been provided, what sort of proof do you require?

23        A     It can vary, again, depending on the

24   allegation in the case.  We consult with our attorneys.

25        Q     Okay.  Once a agent has his enrollment portal



Page 74

1    turned off in the few cases where that agent's portal's

2    been turned back on, does Agentra increase its

3    monitoring of that agent to ensure that they're

4    complying with the TCPA?

5        A    Yes, in the respect we can.  Again, we're

6    limited.

7        Q    What sort of additional oversight would --

8    does Agentra do?

9        A    Would just be more of reminders that any

10   further violations could result in being terminated for

11   cause.

12       Q    Okay.  So you would, essentially, just send

13   TCPA compliance e-mails more frequently to that agent?

14       A    Yes.

15       Q    Okay.  Has an e-mail like this been sent out

16   other than on March 19th, 2019?

17       A    There would have been prior, yes.

18       Q    Okay.  Is it something that gets sent out

19   on -- on an annual basis?

20       A    Annually or twice a year.

21       Q    Okay.  If you see, the last paragraph of this

22   e-mail, it says, at Agentra our goal is to provide the

23   consumer with the best benefits for their dollar.  All

24   agents are responsible for utilizing practices and lead

25   sources that are vetted and legal.  Does Agentra do



Page 75

1    anything to monitor the lead sources of its agents?

2         A    No.

3         Q    Does it provide any guidance on how to vet

4    lead sources and confirm that they're legal?

5         A    No.

6         Q    Does it periodically -- does it ask agents to

7    periodically report their lead sources?

8         A    No.

9         Q    Does Agentra do anything to monitor which lead

10   sources its agents are using?

11        A    These are independent agents and any of them

12   will not provide that.  They consider it confidential

13   information --

14        Q    Has Agen- --

15        A    -- for competitive reasons.

16        Q    Has Agentra asked them in the past?

17        A    Yes.

18        Q    How were they asked?

19        A    If there was a violation, TCPA violation, yes,

20   they were asked to disclose the lead vendor.

21        Q    Okay.  But only after a complaint's been

22   made?

23        A    Yes.

24        Q    Would those agents have been asked over the

25   phone?  Was a letter sent?  How -- how were they



Page 76

1  asked?

2       A    Both.  Could be both.

3       Q    Just depends.  Okay.  And then it says, please

4  take this notice as a positive step to train and retrain

5  your agents to represent the products accurately.

6  Training leads to better persistency and happier

7  customers.  Does Agentra provide any training to the

8  agents?

9       A    Not training, no.

10      Q    So here, I'm -- I'm saying it's -- you're --

11 you're -- this is Agentra sending an e-mail to its

12 agents asking them to take this notice as a positive

13 step to train and retrain agents.  I'm asking if Agentra

14 had any involvement in that training that you were

15 requesting them to do?

16      A    No.  These agents -- a lot of these are call

17 centers that have downline agents.  So that statement

18 was geared towards those that have downline agents.

19      Q    When you say that they're call centers, so an

20 agent like Health Care Enrollment Center that was

21 associated with Abboud's lead, some of those agents have

22 call centers?

23      A    Some may; some may not.  Yeah.

24      Q    Okay.  Does Agentra keep track of which agents

25 it considers to be call centers?



Page 77

1    A    If they have downline agents under them, yes.

2    **Q    Explain that to me.  Who would be the downline**

3  **agent in that scenario?  So Agentra has agents who**

4  **operate call centers and you're saying that those call**

5  **center agents have downline agents.**

6    A    They could.

7    **Q    I'm trying to understand what that --**

8    A    There's different scenarios.  It could be

9  there's independent agents that work on their own,

10  there's face-to-face agents, there's agents that enroll

11  in a call center environment, there's a lot of different

12  types of agents, there's some that have agents under

13  them that report up to them --

14    **Q    Uh-huh.**

15    A    -- which are generally the ones doing training

16  on compliance, their own type of compl- -- their own

17  internal compliance and ensure they're complying with

18  anything else they're supposed to comply with.

19    **Q    Understood.  Does the -- does Agentra's**

20  **training of its own agents different in any way**

21  **depending on the type?  So if you have a face-to-face**

22  **agent, do they receive a different sort of training than**

23  **the call center agents?**

24    A    As far as compliance?

25    **Q    As far as TCPA compliance goes, yes.**



1        A     They're -- regardless of what type, they're

2   all expected to follow all state and federal guidelines,

3   including TCPA.

4        **Q     Okay.  Is there any additional TCPA training**

5   **or guidance or oversight as it relates to the agents**

6   **that Agentra knows are call centers?**

7        A     There would be more interaction at usually the

8   top tier agent to ensure that they are training properly

9   or that they are providing TCPA information to their

10  downlines.

11       **Q     What do you mean by the top tier agent?**

12       A     Again, there's a top agent that may have

13  agents under them in that call center environment.

14       **Q     Okay.  Okay.  If you'd just turn -- turn the**

15  **page to Agentra 000009.  Have you seen this document**

16  **before?**

17       A     Yes.

18       **Q     What is it?**

19       A     This is an agent agreement.  Supposed to be an

20  agent agreement, yes.

21       **Q     Okay.  With Jake Gabbard of Health Care**

22  **Enrollment Center?**

23       A     Yes.

24       **Q     Okay.  And if you flip to Agentra 000015,**

25  **is -- is this the -- just the signature page of the**

