# EXHIBIT B

| Monica G Abboud - 674204720 | | Stats | Update | Interaction | | ToDo | | Links | Sections ▾ |

## Monica G Abboud

**Edit Member**

### Contact
- **Member ID:** 674204720
- **Name:** Monica G Abboud
- **Address:** ▮▮▮▮▮▮▮▮
  - Verify - Replace - Local - Map
- **Local Time:** 12:20 PM Central Standard Time
- **Phone 1:** ▮▮▮▮▮▮
- **Email 1:** ▮▮▮▮▮▮

### Attributes
- **Gender:** ▮
- **Date of Birth:** ▮
- **Age:** ▮
- **Social Security #:** ▮

### Set Up
- **Created:** November 7, 2018 at 5:09 PM
- **Agent:** 310062 - I Life and Heal h Insurance Services
- **Username:** 674204720
- **Password:** Cajs67mwlz

### Tracking
- **Source Detail:** http://www.1enrollment.com/310062
- **IP Address:** 76.79.216.41

### Letters
Custom

Select... ▾

View | Print | Email | Text

### Notes
Open/Close

[ ]

▾

Save Note    ☑ Admin Only

## Products
**Add Product**

| Label | Fees | Dates | Information | | |
|---|---|---|---|---|---|
| **Service Fee**<br>ID: 19871<br>Admin: Service Fee<br>$9 00 Sub-Category: Internal<br>Policy: 044313252 | Product<br>$9.00 per Month | Created: November 7, 2018<br>Paid Through: | Paid: No<br>Payments: 0<br>Commissions:<br>Add | Edit<br>Product Settings<br>Product Dates<br>Fulfillment Date<br>Hold Settings<br>Inactive Date<br>Tracking Information<br>Shipping Information<br>Custom Questions | Delete |
| **HSP3**<br>ID: 21687<br>Admin: Pan hera HSP3<br>Category: Medical Sub-Category: Panthera<br>Policy: 208209510 | Enrollment<br>$100 00 one-time<br>Include for Payment: 1<br>Total Payments: 1<br>Product<br>$179 00 per Month Member | Created: November 7, 2018<br>Paid Through: | Paid: No<br>Payments: 0<br>Commissions:<br>Add | Edit<br>Product Settings<br>Product Dates<br>Fulfillment Date<br>Hold Settings<br>Inactive Date<br>Tracking Information<br>Shipping Information<br>Custom Questions | Delete |
| **My Health Pass 360**<br>ID: 20056<br>Admin: DSWA - My Health Pass_new<br>Category: Telemedicine<br>Sub-Category: Teladoc<br>Policy: 072246380 | Enrollment<br>$0.00 one-time<br>Include for Payment: 1<br>Total Payments: 1<br>Product<br>$42.99 per Month Member | Created: November 7, 2018<br>Paid Through: | Paid: No<br>Payments: 0<br>Commissions:<br>Add | Edit<br>Product Settings<br>Product Dates<br>Fulfillment Date<br>Hold Settings<br>Inactive Date<br>Tracking Information<br>Shipping Information<br>Custom Questions | Delete |

## Dependents
**Add Dependent**

| Name | Contact | Attributes | Products |
|---|---|---|---|

## Payment Method

Invoice Member ☐    Credit Card ▾   **Add Method**

| Method | Type | Account | Information | Default | | |
|---|---|---|---|---|---|---|
| VISA | Credit Card | ▮▮▮▮▮▮ | Find Issuer/Bank | Active ✓ | Edit | Delete |

## Transactions

CC - Visa - xxxxxx1279 ▾   **Add Payment**

| Date | Amount | Method | Processor | Information | Status |
|---|---|---|---|---|---|

## Interactions

1 - Interactions ▾   **Add Interac ion**

| Date | Type | User | Information | | | |
|---|---|---|---|---|---|---|
| Monday, February 4, 2019 at 1:47 PM | .View only - no changes made<br>Closed | j.brown<br>Agentra Health (46580) | ID: 10077971<br>Product: HSP3 (21687) | Comment | Edit | Delete |

## ToDo
**Add ToDo**

| Action | Date | Type | Assigned | | Completed |
|---|---|---|---|---|---|

## Documents

0 - Documents ▼    [Add Document]

| Type | Date | Category | Label | Information | File |
|---|---|---|---|---|---|

## History

Total: 32 • Page: 1

| Date | User | Note |
|---|---|---|
| 2/7/2019 at 12:20 PM | cdale1 | Member (674204720) viewed by cdale1 |
| 2/4/2019 at 1:47 PM | j.brown | Interaction record added for 02/04/2019 |
| 2/4/2019 at 1:26 PM | j.brown | Member (674204720) viewed by j.brown |
| 12/26/2018 at 11:45 AM | BMouse | Mass Update Initiated by BMouse Delete Effective Date |
| 11/12/2018 at 11:03 AM | DSelimanovic | Email Sent - Agent-Verification Audit View Email Sent |
| 11/12/2018 at 10:59 AM | DSelimanovic | Email Sent - Agent-Verification Audit View Email Sent |
| 11/7/2018 at 5:56 PM | 310014 | Member (674204720) viewed by 310014 |
| 11/7/2018 at 5:21 PM | Website | Product Information:User Product (11634395); Product:Service Fee (Non-Refundable) (19871); Effective Date:12/01/2018; Billing Date:; Recurring Date:; Full Price:$9.00; Primary Component:$0.00; Dependent Component Total:$0.00; |
| 11/7/2018 at 5:21 PM | Website | Product Information:User Product (11634394); Product:HSP3 (21687); Benefit Member (51); Effective Date:; Billing Date:; Recurring Date:; Full Price:$179 00; Primary Component:$0.00; Dependent Component Total:$0.00; |
| 11/7/2018 at 5:21 PM | Website | Product Information:User Product (11634393); Product:My Heal h Pass 360 (20056); Benefit:Member (51); Effective Date:; Billing Date:; Recurring Date:; Full Price:$42.99; Primary Component:$0.00; Dependent Component Total:$0.00; |
| 11/7/2018 at 5:21 PM | Website | Product 19871 added |
| 11/7/2018 at 5:21 PM | Website | Product 21687 added |
| 11/7/2018 at 5:21 PM | Website | Product 20056 added |
| 11/7/2018 at 5:21 PM | Website | 11/07/2018 at 5:21 PM website<br>Created for Agent 310062 - IP Address: 76.79.216.41 - Agreement: Checked |
| 11/7/2018 at 5:21 PM | Website | Referral: http://www.1enrollment.com/310062 |
| 11/7/2018 at 5:21 PM | Website | Source Detail changed. From: [BLANK]. To: http://www.1enrollment.com/310062 |
| 11/7/2018 at 5:21 PM | Website | Password changed. From: [BLANK]. To: xxxxxx |
| 11/7/2018 at 5:21 PM | Website | Username changed. From: [BLANK]. To: 674204720 |
| 11/7/2018 at 5:21 PM | Website | Zip Code changed. From: [BLANK]. To: 77070-2371 |
| 11/7/2018 at 5:21 PM | Website | Member ID changed. From: [BLANK]. To: 674204720 |
| 11/7/2018 at 5:21 PM | Website | Agent ID changed. From: [BLANK]. To: 310062 |
| 11/7/2018 at 5:21 PM | Website | Last Name changed. From: [BLANK]. To: Abboud |
| 11/7/2018 at 5:21 PM | Website | First Name changed. From: [BLANK]. To: Monica G |
| 11/7/2018 at 5:21 PM | Website | Phone 1 changed. From: [BLANK]. To: 7137033670 |
| 11/7/2018 at 5:21 PM | Website | Email 1 changed. From: [BLANK]. To: Gmabboud@att.net |
| 11/7/2018 at 5:21 PM | Website | Social Security # changed. From: [BLANK]. To: 200568422 |
| 11/7/2018 at 5:21 PM | Website | Gender changed. From: [BLANK]. To: F |
| 11/7/2018 at 5:21 PM | Website | Date of Birth changed. From: [BLANK] To: 12/3/1970 |
| 11/7/2018 at 5:21 PM | Website | State changed. From: [BLANK]. To: TX |
| 11/7/2018 at 5:21 PM | Website | City changed. From: [BLANK]. To: Houston |
| 11/7/2018 at 5:21 PM | Website | Physical Address changed. From: [BLANK]. To: 14610 Quail Creek Ct |
| 11/7/2018 at 5:21 PM | Website | User created under 310062 - I Life and Health Insurance Services |

Total: 32 • Page: 1

Case 3:19-cv-00120-X   Document 36-2   Filed 03/02/20   Page 4 of 15   PageID 215



| Label | Fees | Dates | Information | | |
|---|---|---|---|---|---|
| **Association for Better Health/American Association Of Independent Contractors** <br> ID: 22099 <br> Admin: AFBH Fee $2 <br> Category: Association Fees Sub-Category: Internal <br> Policy: 529888649 | Product <br> $2.00 per Month Member | Created: January 22, 2019 <br> Billing: February 15, 2019 <br> Active: **March 1, 2019** <br> Inactive: **March 1, 2019** <br> Paid Through: | **Inactive** - Misunderstood Benefits <br> Paid: No <br> Payments: 0 <br> Commissions: Add | Edit <br> Product Settings <br> Product Dates <br> Fulfillment Date <br> Hold Settings <br> Inactive Date <br> Tracking Information <br> Shipping Information <br> Custom Questions | Delete |
| **Service Fee** <br> ID: 19871 <br> Admin: Service Fee $9.00 Sub-Category: Internal <br> Policy: 552254192 | Product <br> $9.00 per Month | Created: January 22, 2019 <br> Billing: February 15, 2019 <br> Active: **March 1, 2019** <br> Inactive: **March 1, 2019** <br> Paid Through: | **Inactive** - Misunderstood Benefits <br> Paid: No <br> Payments: 0 <br> Commissions: Add | Edit <br> Product Settings <br> Product Dates <br> Fulfillment Date <br> Hold Settings <br> Inactive Date <br> Tracking Information <br> Shipping Information <br> Custom Questions | Delete |
| **Data Partnership Group** <br> ID: 22151 Sub-Category: Internal <br> Policy: 038861555 | Product <br> $0.00 one-time <br> Include for Payment: 0 | Created: January 22, 2019 <br> Inactive: **January 22, 2019** <br> Paid Through: | **Inactive** - Misunderstood Benefits <br> Paid: No <br> Payments: 0 <br> Commissions: Add | Edit <br> Product Settings <br> Product Dates <br> Fulfillment Date <br> Hold Settings <br> Inactive Date <br> Tracking Information <br> Shipping Information <br> Custom Questions | Delete |
| **HSP3** <br> ID: 21687 <br> Admin: Panthera HSP3 <br> Category: Medical Sub-Category: Panthera <br> Policy: 729983043 | Enrollment <br> $0.00 one-time <br> Include for Payment: 1 <br> Total Payments: 1 <br> Product <br> $179.00 per Month Member | Created: January 22, 2019 <br> Billing: February 15, 2019 <br> Active: **February 16, 2019** <br> Inactive: **February 16, 2019** <br> Paid Through: | **Inactive** - Misunderstood Benefits <br> Paid: No <br> Payments: 0 <br> Commissions: Add | Edit | Delete |
| **Bright Idea Vision** <br> ID: 22102 Admin: BID Vision JR <br> Category: Vision Sub-Category: FCL Dental <br> Policy: 348446160 | Product <br> $19.95 per Month Member <br> Next Billing Amount $19.95 | Created: January 22, 2019 <br> Billing: February 1, 2019 <br> Fulfillment: January 23, 2019 <br> Active: **February 1, 2019** <br> Next Billing: **February 1, 2019** <br> Inactive: **February 1, 2019** <br> Paid Through: January 31, 2019 | **Inactive** - Misunderstood Benefits <br> Paid: No <br> Payments: 0 <br> Commissions: Add | Edit <br> Product Settings <br> Product Dates <br> Fulfillment Date <br> Hold Settings <br> Inactive Date <br> Tracking Information <br> Shipping Information <br> Custom Questions | Delete |
| **Bright Idea Dental 1500** <br> ID: 18254 <br> Admin: AHS ONLY - BID 1500 FCL <br> Category: Dental Sub-Category: FCL Dental <br> Policy: 506150850 | Enrollment <br> $0.00 one-time <br> Include for Payment: 1 <br> Total Payments: 1 <br> Product <br> $43.00 per Month Member | Created: January 22, 2019 <br> Billing: February 15, 2019 <br> Fulfillment: February 1, 2019 <br> Active: **March 1, 2019** <br> Inactive: **March 1, 2019** <br> Paid Through: | **Inactive** - Misunderstood Benefits <br> Paid: No <br> Payments: 0 <br> Commissions: Add | Edit <br> Product Settings <br> Product Dates <br> Fulfillment Date <br> Hold Settings <br> Inactive Date <br> Tracking Information <br> Shipping Information <br> Custom Questions | Delete |

## Dependents

Add Dependent

| Name | Contact | Attributes | Products |
|---|---|---|---|

## Payment Method

Invoice Member ☐    Credit Card ▼    Add Method

| Method | Type | Account | Information | Default | | |
|---|---|---|---|---|---|---|
| VISA | Credit Card | ███████ | ███████ | Active | Edit | Delete |

## Transactions

CC - Visa - xxxxxx3532 ▼    Add Payment

| Date | Amount | Method | Processor | Information | Status | | | |
|---|---|---|---|---|---|---|---|---|
| February 4, 2019 at 3:55 PM by BMouse | $19.95 | VISA | Agentra Esquire $4 Million NMI | Refund Payment 1 Bright Idea Vision (22102) Pol 348446160 For 2/1/2019 | Approved 4514015808 | Receipt | Edit | ↓ Incomplete ⊖ Decline ✖ Void |
| February 1, 2019 at 4:21 AM by Scheduler (629) | $19.95 | VISA | Agentra Esquire $4 Million NMI | Payment 1 Bright Idea Vision (22102) Pol 348446160 For 2/1/2019 | Approved Refunded 4507245130 029958 | Receipt | Edit | ↓ Incomplete ⊖ Decline ✖ Void |

## Interactions

1 - Interactions ▼    Add Interaction

| Date | Type | User | Information | | | |
|---|---|---|---|---|---|---|
| Monday, February 4, 2019 at 1:38 PM | Cancellation - All Coverage Closed | j brown Agentra Health (46580) | D: 10077962 Product: Bright Idea Vision (22102) Comment: 1 Description: member called because she received cards but did agree to plan Notes: reviewed docs, no verifica ion call or esig, member upset and requested to cance... | ⊕ Comment | ✎ Edit | ✖ Delete |
| | | | Wednesday, February 6, 2019 at 4:34 PM by Ines Koldzic already assisted. | | | |

## ToDo

Add ToDo

| Action | Date | Type | Assigned | Completed |
|---|---|---|---|---|

## Documents

0 - Documents ▼    Add Document

| Type | Date | Category | Label | Information | File |
|---|---|---|---|---|---|

## History

Total: 71 • Page: 1 2 >>

| Date | User | Note |
|---|---|---|
| 2/7/2019 at 12:19 PM | cdale1 | Member (674562561) viewed by cdale1 |
| 2/6/2019 at 3:34 PM | ikoldzic | Member (674562561) viewed by ikoldzic |
| 2/4/2019 at 2:55 PM | BMouse | Next Billing Date changed for product 22102. From: 03/01/2019. To: 02/01/2019 |
| 2/4/2019 at 2:55 PM | BMouse | Paid Through Date changed for product 22102. From: 02/28/2019. To: 01/31/2019 |
| 2/4/2019 at 2:55 PM | Automa ion (318) | Paid changed for product 22102. From: Yes. To: No |
| 2/4/2019 at 2:55 PM | BMouse | Last Payment changed for product 22102. From: 1. To: 0 |
| 2/4/2019 at 2:55 PM | BMouse | Transac ion Refunded changed for transaction on 2/1/2019 5:21 AM. From: No. To: Yes |
| 2/4/2019 at 2:54 PM | BMouse | Member (674562561) viewed by BMouse |
| 2/4/2019 at 2:51 PM | koakley | Member (674562561) viewed by koakley |
| 2/4/2019 at 2:05 PM | hcenroll | Member (674562561) viewed by hcenroll |
| 2/4/2019 at 1:46 PM | j brown | Interaction record added for 02/04/2019 |
| 2/4/2019 at 1:43 PM | j brown | Email Sent - Cancellation Letter View Email Sent |
| 2/4/2019 at 1:41 PM | j brown | Inac ive Reason changed for product 18254. From: [BLANK]. To: Misunderstood Benefits |
| 2/4/2019 at 1:41 PM | j brown | Inac ive Date changed for product 18254. From: [BLANK] To: 03/01/2019 |
| 2/4/2019 at 1:41 PM | j brown | Inac ive Reason changed for product 22102. From: [BLANK]. To: Misunderstood Benefits |
| 2/4/2019 at 1:41 PM | j brown | Inac ive Date changed for product 22102. From: [BLANK] To: 02/01/2019 |
| 2/4/2019 at 1:41 PM | j brown | Inac ive Reason changed for product 21687. From: [BLANK]. To: Misunderstood Benefits |
| 2/4/2019 at 1:41 PM | j brown | Inac ive Date changed for product 21687. From: [BLANK] To: 02/16/2019 |
| 2/4/2019 at 1:40 PM | j brown | Inac ive Reason changed for product 22151. From: [BLANK]. To: Misunderstood Benefits |
| 2/4/2019 at 1:40 PM | j brown | Inac ive Date changed for product 22151. From: [BLANK] To: 01/22/2019 |
| 2/4/2019 at 1:40 PM | j brown | Inac ive Reason changed for product 19871. From: [BLANK]. To: Misunderstood Benefits |
| 2/4/2019 at 1:40 PM | j brown | Inac ive Date changed for product 19871. From: [BLANK] To: 03/01/2019 |
| 2/4/2019 at 1:39 PM | j brown | Inac ive Reason changed for product 22099. From: [BLANK]. To: Misunderstood Benefits |
| 2/4/2019 at 1:39 PM | j brown | Inac ive Date changed for product 22099. From: [BLANK] To: 03/01/2019 |
| 2/4/2019 at 1:26 PM | j brown | Member (674562561) viewed by j.brown |
| 2/1/2019 at 1:59 PM | hcenroll | Member (674562561) viewed by hcenroll |
| 2/1/2019 at 12:47 PM | ctanner | Mass Update Initiated by ctanner Set Fulfillment Date to 02/01/2019 |
| 2/1/2019 at 10 52 AM | hcenroll | Member (674562561) viewed by hcenroll |
| 2/1/2019 at 4:21 AM | Scheduler | Email Sent - Agentra Member Welcome Letter View Email Sent |
| 2/1/2019 at 4:21 AM | Scheduler | Paid Through Date changed for product 22102. From: [BLANK] To: 02/28/2019 |
| 2/1/2019 at 4:21 AM | Scheduler | Next Billing Date changed for product 22102. From: [BLANK] To: 03/01/2019 |

Agentra000005

| Date | User | Note |
|---|---|---|
| 2/1/2019 at 4:21 AM | Scheduler | Last Payment changed for product 22102. From: 0. To: 1 |
| 2/1/2019 at 4:21 AM | Scheduler | Paid changed for product 22102. From: No. To: Yes |
| 2/1/2019 at 4:21 AM | Scheduler | Billing for product 22102 |
| 2/1/2019 at 4:21 AM | Scheduler | Email Sent - Agentra Member Signature View Email Sent |
| 1/28/2019 at 2:10 PM | jguli | Mass Update Initiated by jguli Set payment method processor override: Agentra Esquire $3 Million Set Flag to CC AG ESQ |
| 1/23/2019 at 4:10 PM | ctanner | Mass Update Initiated by ctanner Set Fulfillment Date to 01/23/2019 |
| 1/23/2019 at 3:16 PM | jgabbard61 | Member (674562561) viewed by jgabbard61 |
| 1/22/2019 at 6:17 PM | jgabbard61 | Member (674562561) viewed by jgabbard61 |
| 1/22/2019 at 5 57 PM | jgabbard61 | Member (674562561) viewed by jgabbard61 |
| 1/22/2019 at 5:20 PM | Website | Product Informa ion:User Product (12202515); Product:Associa ion for Better Health/American Association Of Independent Contractors (22099); Benefit Member (51); Effective Date 03/01/2019; Billing Date:02/15/2019; Recurring Date:; Full Price:$2 00; Primary Component:$0.00; Dependent Component Total:$0 00; |
| 1/22/2019 at 5:20 PM | Website | Product Informa ion:User Product (12202514); Product:Data Partnership Group (22151); Effective Date:; Billing Date:; Recurring Date:; Full Price:$0.00; Primary Component:$0.00; Dependent Component Total:$0 00; |
| 1/22/2019 at 5:20 PM | Website | Product Informa ion:User Product (12202513); Product:Service Fee (19871); Effective Date:03/01/2019; Billing Date 02/15/2019; Recurring Date:; Full Price:$9.00; Primary Component:$0.00; Dependent Component Total:$0.00; |
| 1/22/2019 at 5:20 PM | Website | Product Informa ion:User Product (12202512); Product:Bright Idea Vision (22102); Benefit Member (51); Effective Date 02/01/2019; Billing Date:02/01/2019; Recurring Date:; Full Price:$19.95; Primary Component:$0.00; Dependent Component Total:$0.00; |
| 1/22/2019 at 5:20 PM | Website | Product Informa ion:User Product (12202511); Product:HSP3 (21687); Benefit Member (51); Effective Date 02/16/2019; Billing Date:02/15/2019; Recurring Date:; Full Price:$179.00; Primary Component:$0.00; Dependent Component Total:$0 00; |
| 1/22/2019 at 5:20 PM | Website | Product Informa ion:User Product (12202510); Product:Bright Idea Dental 1500 (18254); Benefit Member (51); Effective Date 03/01/2019; Billing Date:02/15/2019; Recurring Date:; Full Price:$43.00; Primary Component:$0.00; Dependent Component Total:$0.00; |
| 1/22/2019 at 5:20 PM | Website | Product 22099 added |
| 1/22/2019 at 5:20 PM | Website | Product 22151 added |
| 1/22/2019 at 5:20 PM | Website | Product 19871 added |
| 1/22/2019 at 5:20 PM | Website | Product 22102 added |

Total: 71 • Page:   **1**   2   >>

November 26, 2018 at 5:25:37 PM

First Name: Jake
Last Name: Gabbard
Company Name: Health Care Enrollment Center
Address 1: 999 Corporate Drive
Address 2: 100
City: Ladera Ranch
State: CA
Zip: 92694
Phone: (714) 904-4104
Email: jgabbard61@gmail.com
Signup Password: usa / LOA / 0

**Agreement**

**FOR MORE INFORMATION, PLEASE CONTACT:**

- Healthcare Enrollment Center • Leslie Shepard • Phone: (949) 891-4305 • E-Mail: leslie@hcenrollmentcenter.com

**COMPENSATION**

Once registration is complete, your compensation agreement and commission schedule will be sent to the email you've provided. This document must be completed, digitally signed and returned via email, before your contract with Agentra will be effective.

**AGREEMENT**

Payment Authorization

You agree that you are signing up for benefits or services that include a recurring monthly payment. You expressly authorize Agentra Healthcare Solutions to automatically debit your bank account or credit card on the monthly agreed upon due date. You also acknowledge and agree that your

monthly fees will be automatically charged or drafted every month from the credit card, debit card, or bank account you provide us. You authorize Agentra Healthcare Solutions to store your payment credentials to be used for future transactions on the monthly agreed upon due date. You authorize Agentra Healthcare Solutions to reprocess a declined payment at a future date and Agentra Healthcare Solutions issues a 10-day grace period for non-payment before your coverage would be cancelled out for non-payment.

You understand that this authorization will remain in effect until you cancel it in writing via mail 4201 Spring Valley Rd. 15th Fl. Dallas TX 75244, email policysupport@agentra.com, or call our member experience department at 800-656-2204. You understand that you agree to notify Agentra Healthcare Solutions of any changes in your account information or termination of this authorization at least three (3) business days prior to the next premium due date. You certify that you are an authorized user of this credit or bank account. You agree that you will NOT dispute the scheduled payments with your credit card company or bank provided the transactions correspond to the terms indicated in this authorization. For ease of the member your bank statement or credit card statement will reflect INS COVERAGE 8006562204. You agree that if any such charge is dishonored whether with or without cause and whether intentionally or inadvertently, Agentra Healthcare Solutions, the carrier, the bank or credit card company shall be under no liability should this result in the forfeiture of your plan.

By submitting a claim during the first 30 days under any of the insurance plans, you acknowledge and agree that such a submission constitutes acceptance of the membership, the products, terms and conditions, limitations and exclusions. Submission of such a claim or use of any plan benefits constitutes a waiver of all refund rights for that period of coverage. We believe in the member experience if you wish to cancel please call in 8006562204 Ext. 2 or email policysupport@agentra.com

Your monthly credit card statement will reflect the following: INSCOVERAGE 8006562204 or your monthly bank statement will reflect the following: INS Coverage 8006562204. You agree that Agentra Healthcare Solutions is authorized to contact you via phone, text, email, or mail regarding payment for plan coverage. For questions about your billing, please contact Member Experience department at 800-656-2204 Ext 2.

Terms and Conditions

1. ACCEPTANCE AND TERMS AND CONDITIONS: Seller accepts this Order and any amendments by electronically signing the Order. Even without such written acknowledgment, Seller's full or partial performance under this Order will constitute acceptance of these Terms. By acceptance of this Order, Seller agrees to be bound by, and to comply with all these Terms, which include any supplements to it, and all specifications and other documents referred to in this Order. These Terms apply to everything listed in this Order and constitute Purchaser's offer to Seller, which Purchaser may revoke at any time prior to Seller acceptance. This Order is not an acceptance by Purchaser of any offer to sell, any quotation, or any proposal. Reference in this Order to any such offer to sell, quotation, or proposal will not constitute a modification of any of these Terms. Terms and conditions different from or in addition to these Terms, whether contained in any acknowledgment of this Order, or with delivery of any goods or services under this Order, or otherwise, will not be binding on Purchaser, whether or not they would materially alter this Order, and Purchaser hereby rejects them. These Terms may be modified only by a written document signed by duly authorized representatives of Purchaser and Seller.

2. DEFAULT: Purchaser may by written notice of default to Seller (a) terminate all or any part of

this Order if Seller fails to perform, or so fails to make progress as to endanger performance of this Order in accordance with its terms, and does not cure such failure within a period of ten (10) days (or such longer period as Purchaser may authorize in writing) after receipt of notice from Purchaser specifying such failure; and (b) procure, on such terms as it will deem appropriate, goods or services similar to those so terminated. Seller will continue performance of this Order to the extent not terminated. In lieu of termination for default, Purchaser, at its sole discretion, may elect to extend the delivery schedule and/or waive other deficiencies in Seller's performance.

3. INDEMNIFICATION: Seller shall indemnify and hold Purchaser and its affiliates harmless and, on Purchasers request, shall defend each of them from and against any or all third party claims, demands, litigation, or proceedings of whatever kind, whether based upon negligence, breach of express or implied warranty, strict liability, infringement of intellectual property rights, or any other theory, and from and against all direct, indirect, special, exemplary, incidental or consequential damages of every kind whatsoever, arising out of, by reason of, or in any way connected with the goods and/or services, the design, manner of preparation, manufacture, construction, completion, or delivery or non-delivery of any goods and/or services by Seller, any breach by Seller of any of its obligations hereunder, or any other act, omission or negligence of Seller or any of Seller's employees, workers, servants, agents, subcontractors, or suppliers.

4. LIMITATION OF LIABILITY: Purchaser's aggregate liability arising from or relating to this order is limited to the amount paid by purchaser for the goods and/or services. To the maximum extent allowable under applicable law, purchaser shall not be liable under this order for any special, incidental, consequential, indirect or punitive damages including, without limitation, lost revenues even if purchases has been advised of the possibility of such damages

5. CHANGES: At all times Purchaser will have the right to request changes to this Order. If any such changes cause an increase or decrease in the cost. The Order will be modified in writing accordingly.

6. COMPLIANCE WITH LAWS: Seller represents and warrants that it is in compliance with and all goods and/or services supplied hereunder have been produced or provided in compliance with the applicable provisions of all federal, state, or local laws or ordinances and all related lawful orders, rules and regulations. Seller shall comply with any provisions, representations, or agreements, or contractual clauses required to be included or incorporated by reference or operation of law in any Order. Seller shall be required to obtain and pay for any license, permit, inspection or listing by any public body or certification organization required in connection with the manufacture, performance, completion or delivery of any good and/or service.

7. CONFIDENTIAL OR PROPRIETARY INFORMATION: Notwithstanding anything to the contrary in this Agreement, Confidential Information shall not include information which: (i) is in or comes into the public domain without breach of this Agreement by the Receiving Party; (ii) was in the possession of the Receiving Party prior to receipt from the Disclosing Party and was not acquired by the Receiving Party from the Disclosing Party under an obligation of confidentiality or non-use; (iii) is acquired by the Receiving Party from a third party not under an obligation of confidentiality or non-use to the Disclosing Party; or (iv) is independently developed by the Receiving Party without use of any Confidential Information of the Disclosing Party. The Receiving Party shall keep the Disclosing Party's Confidential Information confidential and shall not, except as required by law or court order, reveal it or make it available to any third party without the prior written consent of the Disclosing Party. The Receiving Party may disclose the Disclosing Party's Confidential Information only to those of its employees, officers or directors who need to know such information for the Purpose. In addition, prior to any disclosure of such Confidential Information to

any such employee, officer or director, such employee, officer or director shall be made aware of the confidential nature of the Confidential Information and shall execute, or shall already be bound by, a non-disclosure agreement containing terms and conditions consistent with the terms and conditions of this Agreement. In any event, the Receiving Party shall be responsible for any breach of the terms and conditions of this Agreement by any of its employees, officers or directors. The Receiving Party shall use the same degree of care to avoid disclosure of the Disclosing Party Confidential Information as the Receiving Party employs with respect to its own Confidential Information of like importance, but not less than a reasonable degree of care. The Receiving Party shall not use the Disclosing Party Confidential Information for any purpose other than the Purpose without the prior written consent of the Disclosing Party.

8. TERMINATION: Purchaser may terminate all or any part of this Order for convenience at any time by written or email notice to Seller. Purchaser may be entitled to a refund of the amount paid for the order if the order is terminated within thirty (30) days of the products effective date. This Order shall terminate automatically, without notice, if Seller becomes insolvent or the subject of any proceeding under the laws relating to bankruptcy or the relief of debtors.

9. MISCELLANEOUS:
(a) NON-ASSIGNMENT: Assignment of this Order or any interest in it or any payment due or to become due under it, without the written or electronic consent of the Purchaser, will be void. An assignment will be deemed to include not only a transfer of this Order or such interest or payment to another party but also a change in control of Seller, whether by transfer of stock or assets, merger, consolidation, or otherwise.
(b) FORCE MAJEURE: Purchaser may delay delivery and/or acceptance occasioned by causes beyond its control.
(c) REMEDIES: Each of the rights and remedies reserved to Purchaser in this Order shall be cumulative and additional to any other remedies provided in law or equity. No delay or failure by Purchaser in the exercise of any right or remedy shall affect any such right or remedy and no action taken or omitted by Purchaser shall be deemed to be a waiver of any such right or remedy.
(d) PUBLICITY: Seller will not use Purchaser's name or logo in publicity, advertising, or similar activity, except with Purchaser's prior written consent. Seller will not disclose the existence of this Order or any of its respective terms to any third party without Purchaser's prior written consent.
(e) DOCUMENTATION: It is agreed that all technical documentation and other literature necessary for the proper use of the goods or services will be provided to Purchaser with the goods or services.
(f) GOVERNING LAW: This Order, these Terms, and all related transactions, will be interpreted under and governed by the laws of the District of Columbia in the United States of America without regard to its conflict of law principles.
(g) DISPUTE RESOLUTION: Disputes arising under this Agreement will be resolved by the parties through good faith negotiations in the ordinary course of business. Any dispute not so resolved will be submitted for binding arbitration, at the written request of either party, before a single arbitrator under the JAMS Streamlined Arbitration Rules and Procedures in the District of Columbia or at another location as mutually agreed. Selection of the arbitrator will be by mutual agreement of the parties or, failing agreement within twenty (20) days, by JAMS pursuant to its then-current rules. The amount and responsibility for payment of arbitration costs will be one of the issues decided by the arbitrator, whose decision will be in accordance with the terms and conditions of this Agreement. No damages excluded by or in excess of the damage limitations set forth in this Agreement shall be awarded. During any such arbitration, the parties will continue diligent performance of this Agreement. The arbitrator will render a written decision stating reasons therefore in reasonable detail within ninety (90) days after the respondent receives the Commencement Letter. The provisions of this section, and any award issued by an arbitrator, may be enforced by either party in any court of competent jurisdiction. Arbitration is the exclusive remedy for disputes arising under this

Agreement; the parties hereby waive their rights to bring a lawsuit to resolve a dispute arising under this Agreement.

(h) WAIVER; MODIFICATION: No claim or right arising out of a breach of this Order can be discharged in whole or in part by a waiver or renunciation of the claim or right unless supported by consideration and in a writing signed by the aggrieved party. The failure of Purchaser to enforce at any time or for any period of time any of the provisions hereof will not be construed to be a waiver of such provisions or of the right of Purchaser thereafter to enforce each and every such provision. This Order can be modified or rescinded only by a writing signed by authorized representatives from both parties.

(i) SEVERABILITY: If any provision of this Order shall be held or deemed to be or shall, in fact, be illegal, inoperative or unenforceable, this provision shall not affect any other provision or provisions contained in this Order.

(j) ENTIRE AGREEMENT: Provided that there is no written agreement, duly executed by both parties, applying to the transaction, this Order, with such documents as are expressly incorporated by reference, is intended by the parties as a final expression of their agreement with respect to such terms as are included in it, and is intended also as a complete and exclusive statement of the terms of their agreement. No course of prior dealings between the parties and no usage of the trade will be relevant to determine the meaning of this agreement even though the accepting or acquiescing party has knowledge of the nature of the performance and opportunity for objection.

Electronic Signature Consent

1. Electronic Signature Agreement
By selecting "Accept", you are signing this Agreement electronically, (hereafter referred to as "E-Signature"), accepting and agreeing as if signed by you in writing. You agree your electronic signature is the legal equivalent of your manual (wet ink) signature on this Agreement. By signing, you consent to be legally bound by this Agreement's terms and conditions. This Agreement may be executed by providing an electronic signature under the terms of the Electronic Signatures Act, 15 U.S.C. SS 7001 et. seq., and may not be denied legal effect solely because it is in electronic form or permits the completion of the business transaction referenced herein electronically instead of in person. You further expressly authorize to provide INSCOVERAGE (hereafter referred to as the "Company") the authority to automatically debit your bank account or credit card immediately for the initial payment and on the recurring monthly payment due date provided to collect any and all fees and and/or premiums. If the due date occurs on a weekend or holiday, you understand that the payments will be deducted on the prior business day. You understand that this authorization will remain in effect until cancellation of the policy(s) occurs.

2. Consent to Electronic Delivery
You specifically agree to receive and/or obtain "Electronic Communications" from the Company. You accept Electronic Communications provided via your provided email account with the Company as reasonable and proper notice, for the purpose of any and all laws, rules, and regulations, and agree that such electronic form fully satisfies any requirement that such communications be provided to you in writing or in a form that you may keep. You acknowledge that, for your records, you are able to retain the Company's Electronic Communications by printing and/or downloading and saving this Agreement and any other agreements and Electronic Communications, documents, or records that you agree to using your E-Signature. Because a valid email address is required in order for you to obtain electronic communications from the Company, you agree to keep the Company informed of any changes in your email address. You may modify your email address by contacting us at (800) 656-2204 option 2. The Company may notify you through email when an Electronic Communication or updated agreement pertaining to your account is available.

3. Revocation of electronic delivery
You have the right to withdraw your consent to receive/obtain communications with the Company at any time by contacting us at (800) 656-2204 option 2.

4. Hardware, software and operating system
You are responsible for installation, maintenance, and operation of your computer, browser and software. The Company is not responsible for errors or failures from any malfunction of your computer, browser or software. We require, at minimum, a functioning modern web browser that was released in the past two years running on an up-to-date operating system. Unsupported browsers may not receive full functionality of the product.

5. Controlling Agreement
This Agreement supplements and modifies other agreements that you may have with the Company. To the extent that this Agreement and another agreement contain conflicting provisions, the provisions in this agreement will control. All other obligations of the parties remain subject to the terms and conditions of any other agreement. I acknowledge and agree that if there is any discrepancy between what I thought the selling Agent told me about the membership plan purchased and what the actual policy(s) state, the policy terms govern.

I consent and agree to the use of electronic signatures of documents and agree that my e-signature shall serve as my consent. I agree I am fully responsible for reviewing my
plan materials carefully to ensure my full understanding of all provisions of the coverage. I certify that I am the applicant of the product(s) for which I am applying and have a full and complete understanding of the product benefits, including the Limitations and
Exclusions. By electronically acknowledging this authorization, I acknowledge that I have read and agree to the Terms and Conditions and Electronic Signature Consent set forth in this agreement.

It is recommended that you print a copy of this Agreement for future reference.

Name: Jake Gabbard
Company: Health Care Enrollment Center
Date: November 26, 2018 at 5:25:37 PM
IP Address: 10.10.59.254
System: Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.110 Safari/537.36

Case 3:19-cv-00120-X   Document 36-2   Filed 03/02/20   Page 14 of 15   PageID 225



Venue. By executing this Agreement, and by General Agent's relationship with Agentra Health through this Agreement, General Agent agrees that any dispute between General Agent and Agentra Health regarding or concerning this Agreement shall be conducted in Dallas County, Texas and pursuant to the Arbitration Policy referenced herein.

*General Agent agrees that as an independent contractor, General Agent has the sole and exclusive power and right to determine when, where and the manner and means by which General Agent conducts business activities. It is understood and agreed that this Agreement does not and is not intended to give Agentra Health the power or right to control the material details of the work General Agent performs in connection with this Agreement.*

In witness of the provisions of this Agreement described above, the Agreement has been signed by the parties hereto

_____
Signature of Independent Contractor ("General Agent")

Printed Name: Jason Espinoza

Date: 07-19-18

_____
Signature of Authorized Representative of Agentra Healthcare Solutions

Printed Name and Title: David E. Lindsey, CEO

Date: 07-19-18

Page | 5

Agentra000015



# Code of Business Conduct

Agentra Healthcare Solutions values its partnerships. Acting with integrity reflects positively on the values and reputation and is fundamental to Agentra Healthcare Solutions and its brands. We all must follow the law, act with integrity and honesty in all matters, as well as be accountable for our actions.

Your signature below will indicate that you have read and agree with the information below.

- I agree to treat everyone, including clients, in the same manner I expect to be treated.
- I will always deal fairly, treating everyone with honesty and respect.
- I will not engage in unfair, deceptive or misleading practices.
- I will conduct all business, including representing the Company products with honesty, fairness integrity.
- I will not offer, promise or provide anything in exchange for any inappropriate advantage for myself or the Company.
- I will not disclose nonpublic information to anyone outside the Company, including family and friends, except when disclosure is required for business purposes. Even then, take appropriate steps, such as execution of a confidentiality agreement, to prevent misuse of the information.
- I agree to comply with the all Insurance laws and regulations and with all State and Federal laws regarding fair competition.
- I will study the terms and provisions of all policies to relay accurately to the member/potential buyer.
- I will do the best of my ability to assist the member/potential client in selecting the product(s) that are most appropriate to the client's needs.
- All sales materials will be based on principals of fair business practices, good faith and factually sound.
- I will refrain from inappropriate, disparaging allegations about any competitor and/or their products. Comments regarding competition will be based on factual knowledge and a fair comparison of features and benefits.

_Jason Espinoza_
Print Name

_[signature]_                                              07-19-18
Signature                                                  Date

Agentra000016