IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MONICA ABBOUD,** individually and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiff*, | § § | Case No. 3:19-cv-120 |
| v. | § § | |
| **AGENTRA, LLC,** | § § § | |
| *Defendant.* | § | |

**APPENDIX IN SUPPORT OF DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant Agentra, LLC ("Defendant") files this Appendix in Support of its Response to Plaintiff's Motion for Class Certification ("Appendix"). Defendant's Appendix contains the following documents:

| Exhibit | Description | Appendix # |
|---|---|---|
| A | Cindy Dale Deposition Transcript | Appx 0001-0020 |

Dated: March 23, 2020

Respectfully submitted,

*/s/ Andrew Lin*
ANDREW LIN
alin@pcrfirm.com
Texas Bar. No. 24092702
WILLIAM S. RICHMOND
brichmond@pcrfirm.com
Texas Bar. No. 24066800
**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75307
Telephone: (214) 559-2700
Facsimile: (214) 559-4390

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      The undersigned counsel for Defendant Agentra, LLC does hereby certify that this pleading was served on counsel of record on March 23, 2020 by electronic filing.

                                                        */s/ Andrew Lin*
                                                         Andrew Lin