UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated, § § § § *Plaintiff*, § § v. § § AGENTRA, LLC, § § *Defendant*. § | Civil Action No. 3:19-CV-0120-X |

## SCHEDULING ORDER

The Court has considered the Parties' *Joint Proposal for Contents of Scheduling and Discovery Order* [Doc. No. 44] and finds that merits discovery is already complete.[1] The Court therefore sets the following schedule for the remainder of this case's disposition.[2]

1. The jury trial is scheduled on this Court's two-week docket beginning August 2, 2021 at 10:00am.

2. A Pretrial Conference is scheduled for July 26, 2021 at 10:00 am.

3. The parties may begin any further settlement negotiations on February 1, 2021.

4. Counsel shall confer and file a joint report setting forth the status of settlement negotiations by June 5, 2021.

5. All motions for summary judgment shall be filed by April 2, 2021.[3]

---

[1] *See* Doc. 42.

[2] Unless the Court orders otherwise, the Parties must observe the Federal Rules of Civil Procedure and the local rules of this Court.

[3] Counsel should review carefully Local Rule 56.2(b), which limits to one the number of summary judgment motions that a party may file "[u]nless otherwise directed by the presiding judge, or permitted by law."

1

6. Counsel shall file by July 19, 2021 a Joint Pretrial Order containing the information required by Local Rule 16.4 plus the following:

    a. A list of witnesses who may be called by each party in its case in chief. Each such witness list shall contain a narrative summary of the testimony to be elicited from each witness, shall state whether the witness has been deposed, and whether the witness's testimony at trial is "probable," "possible," "expert," or "record custodian." A copy of this list must be furnished to the court reporter prior to trial;
    b. Each party's requested jury instructions and interrogatories (annotated with citations to pattern jury charges or caselaw);
    c. The status of settlement negotiations as of the date of the Pretrial Order;
    d. Each party's proposed *voir dire* questions if the matter is a jury trial. The Court will allow attorneys an allotted time to conduct questioning at *voir dire* so long as the questions are approved in advance by the Court. The Court reserves the right to conduct further questioning at the conclusion of attorney questioning; and
    e. Trial briefs may be filed with the Pretrial Order, but are not required unless specifically requested by the Court.

7. Regarding exhibit lists, exhibits, witness lists, and deposition designations, the parties shall comply with Local Rule 26.2 by July 19, 2021. This includes providing copies of your trial exhibits to the Court on a USB flash drive or by email at Starr_Orders@txnd.uscourts.gov.[4]

8. Motions in limine shall be filed by July 19, 2021.

9. Objections to the requested jury instructions and interrogatories shall be filed July 22, 2021.

10. Objections to witnesses (except expert witnesses), exhibits, and deposition designations shall be filed by July 22, 2021. Counsel must confer about exhibits and make reasonable efforts to agree upon admissibility.

11. The Court will view with disfavor and will deny—absent a showing of good cause—requests for extensions of these deadlines.

---

[4] The Court will not accept original exhibits prior to trial. Original exhibits are retained by counsel and are admitted into the official record during trial. It is counsel's duty to care for the original exhibits before and after trial. At the end of trial, the Court will return the original exhibits to counsel and counsel will sign a Receipt of Exhibits. The Court will file the Receipt of Exhibits with the District Clerk. It is counsel's responsibility to forward any exhibits to the Court of Appeals should the case be appealed. All questions regarding exhibits are to be directed to the court reporter.

12. At the pretrial conference, the Court will determine the order in which the cases on its two-week docket will be tried. Counsel and the Parties shall be ready for trial on 48-hours notice at any time during the docket period.

**IT IS SO ORDERED** this 16th day of November, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE