# Exhibit A

|  |  |  |
|---|---|---|
| **Legal Notice**<br><br>**ATTENTION! If You Received a Text Message from Agentra, LLC or a Phone Call To Your Cellular Telephone Promoting Any Agentra Insurance Product** from January 15, 2015 Through the Present **You May Be Part of a Class Action Lawsuit**<br><br>Learn More At:<br><br>**www.[websiteURL].com** | *Abboud v. Agentra, LLC*<br>Case No. 3:19-cv-00120<br>[Settlement Administrator]<br>[Address Line 1]<br>[Address Line 2]<br>[Address Line 3]<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>Postal Service: Please do not mark barcode<br><br>ABC-1234567-8<br><br>First Last<br>Address1<br>Address2<br>City, State, Zip Code | First Class Postage Permit |

**Summary Notice**

You are receiving this notice because you have been identified as a potential class member in *Abboud v. Agentra, LLC* Case No. 3:19-cv-00120, pending in the U.S. District Court for the Northern District of Texas. The Court has certified a Class that could impact your legal rights, whether you act or not. **This is only a summary of the Full Notice.** Visit www.[website].com to read the Full Notice. You may also call Class Counsel at 720-213-0676 or tollfree at XXX.

**Nature of the Action.** This lawsuit alleges that Agentra (either directly or via third-parties acting on its behalf) unlawfully sent text messages and telephone calls in violation of the Telephone Consumer Protection Act. Agentra denies that it violated any laws and asserts certain defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the pending litigation.

**How Do I Know if I am a Class Member?** You fall into the definition of one or both of the Classes if you received a text message sent by Agentra or if you received a phone call on your cellphone from Health Care Enrollment Center or Life and Health Insurance Services for the purpose of promoting Agentra's insurance products or that could have resulted in the purchase of an insurance product from Agentra between January 15, 2015 through the date of this Notice.

**What are My Options?** You have a choice of whether to stay in the Class or not, **and you must decide now**.

*Option 1*: If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you won't be able to sue, or continue to sue, Agentra—as part of any other lawsuit—for telemarketing activities that fall within the scope of the Class definitions. If money or benefits are obtained, you will be notified about how to get a share. To stay in the Class, you do not have to do anything now.

*Option 2*: If you wish to be excluded from the Class, you will not receive any money or benefits from this lawsuit if any are awarded, but you will keep any rights to sue Agentra for these claims, now or in the future, and will not be bound by any orders or judgments of the Court. To ask to be excluded, send a letter to the Class Administrator at the address on this postcard, postmarked by [Date] that says "I wish to be excluded from *Abboud v. Agentra, LLC*" Include your name, address, and telephone number.

**Who Represents Me?** The Court has appointed the attorneys of Woodrow & Peluso, LLC to be the attorneys for the Classes. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense if you so desire.

**FOR MORE INFORMATION, VISIT:**
**www.[websiteurl].com**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Abboud v. Agentra, LLC*" to:

[Settlement Administrator]
*Abboud v. Agentra, LLC*
[Address Line 1]
[Address Line 2]
[

For all other inquiries, contact Class Counsel at:

Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0676
ppeluso@woodrowpeluso.com