**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AGENTRA, LLC, a Texas limited liability company,<br><br>        Defendant. | Case No. 3:19-cv-00120-K<br><br>**ORDER REQUIRING DEFENDANT AGENTRA, LLC TO REMIT PAYMENT OF REASONABLE ATTORNEYS' FEES AND COSTS TO PLAINTIFF MONICA ABBOUD** |

The Court, having considered the Parties Joint Report Regarding The Parties' Agreed Upon Payment Of Plaintiff's Reasonable Attorneys' Fees And Cost To Be Ordered Pursuant To Rule 37(b)(2), and being duly advised in the premises, hereby ORDERS as follows:

1.    Defendant Agentra, LLC shall pay the agreed upon sum of Plaintiff Monica Abboud's reasonable attorneys' fees and costs within fourteen (14) days of the date of this Order.

**IT IS SO ORDERED.**

Dated:  7-6-2021

_____
Hon. David L. Horan
United States Magistrate Judge

1