IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGENTRA, LLC, a Texas limited liability company,<br><br>Defendant. | Case No. 3:19-cv-00120-X<br><br>**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56, Plaintiff Monica Abboud ("Plaintiff" or "Abboud") and the Class cross-move for summary judgment in the above-captioned action on the grounds stated in Plaintiff's accompanying brief. Plaintiff's combined brief in support of Plaintiff's cross-motion for summary judgment and in opposition to Defendant's motion for summary judgment is submitted herewith.

DATED:  January 14, 2022

Respectfully submitted,
By:  /s/ Patrick H. Peluso

Robert B. Kleinman
robert@commonsensecounsel.com
Breanne Cope
breanne@commonsensecounsel.com
Common Sense Counsel LLP
404 West 7th Street
Austin, Texas 78701
Telephone: (512) 299-5329
Facsimile: (512) 628-3390

Brooke Frances Cohen
brookefcohen@gmail.com

1

4334 University Blvd
Dallas, TX 75205
Telephone: (214) 384-0537

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0676

*Attorneys for Plaintiffs*
*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on January 14, 2022.

                                             /s/ Patrick H. Peluso
                                            Patrick H. Peluso