# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 3:19-cv-00120-X |
| *v.* | **PLAINTIFF'S DEPOSITION DESIGNATION** |
| AGENTRA, LLC, a Texas limited liability company, | |
| Defendant. | |

Monica Abboud designates the following portions of the deposition of Cindy Dale:

| Designation | Cross-Designation/Objection | Response to Objection | Ruling |
|---|---|---|---|
| P. 13 L. 18 – P. 14 L. 10 | | | |
| P. 54 L. 23-25 – P. 57 L.15 | | | |
| P. 71 L.6 – P. 72 L. 3 | | | |

Abboud reserves the right to amend this deposition designation based as the circumstances of the case may require (including the addition of necessary demonstratives to aid in the trial of this matter).

Abboud reserves the right to designated additional deposition excerpts to rebut any designated by Defendant.

DATED: October 31, 2022          Respectfully submitted,
                                 By: _/s/ Patrick H. Peluso_____

                                 Robert B. Kleinman
                                 robert@commonsensecounsel.com
                                 Breanne Cope

1

breanne@commonsensecounsel.com
Common Sense Counsel LLP
404 West 7th Street
Austin, Texas 78701
Telephone: (512) 299-5329
Facsimile: (512) 628-3390

Brooke Frances Cohen
brookefcohen@gmail.com
4334 University Blvd
Dallas, TX 75205
Telephone: (214) 384-0537

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0676

*Attorneys for Plaintiffs*
*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on October 31, 2022.

/s/ Patrick H. Peluso
Patrick H. Peluso