IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MONICA ABBOUD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**AGENTRA, LLC,**<br><br>*Defendant.* | §§§§§§§§§§§<br><br>Case No. 3:19-cv-00120-X |

## DEFENDANT'S AMENDED TRIAL EXHIBIT LIST

Defendant Agentra, LLC ("Defendant" or "Agentra") submits this Amended Trial Exhibit List:

| Exh. # | Bates # | Description | Obj. | Offered | Admitted |
|---|---|---|---|---|---|
| 1. | Agentra00001-6 | Account information for Monica Abboud | | | |
| 2. | n/a | Contract for URL ending in C711 | | | |
| 3. | n/a | Contract for URL ending in EC11 | | | |
| 4. | Agentra00009-14 | Agreement with Jake Gabbard | | | |

Defendant reserves the right to amend this proposed exhibit list based on the subsequent production, the results of pending and future motions, and as the circumstances of the case may require (including the addition of necessary demonstratives to aid in the trial of this matter).

Defendant reserves the right to designate rebuttal exhibits and utilize the exhibits designated by any party.

Dated: October 31, 2022                             Respectfully submitted,

*/s/ William S. Richmond*
WILLIAM S. RICHMOND
brichmond@pcrfirm.com
Texas Bar. No. 24066800
ANDREW LIN
alin@pcrfirm.com
Texas Bar. No. 24092702
**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Telephone: (214) 559-2700
Facsimile: (214) 559-4390

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Agentra, LLC does hereby certify that this pleading was served on counsel of record on October 31, 2022 by electronic filing.

*/s/ William S. Richmond*
William S. Richmond