UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:19-CV-0120-X |
| v. | § § | |
| AGENTRA, LLC, | § § § | |
| *Defendant.* | | |

## ORDER OF DISMISSAL

At the proceedings that took place before the Court on November 7, 2022, the parties alerted the Court of a dismissal of all claims. The Court therefore **DISMISSES** all claims without prejudice. The case is closed.

**IT IS SO ORDERED** this 2nd day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE